FILED: October 16, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4845
(1:13-cr-00002-WDQ-1)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

ANTONIO DAVIS, a/k/a Tank Top

       Defendant - Appellant

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Appendix due: 11/13/2014

Opening brief due: 11/13/2014

Response brief due: 12/08/2014

Any reply brief: 10 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk